# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-1740
LT Case No. 2020-300668-CFDB

———————————————

JAMES LONG,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Matthew J. Metz, Public Defender, and Nancy Ryan, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

September 12, 2023

PER CURIAM.

 AFFIRMED.

EDWARDS, C.J., HARRIS, and KILBANE, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————